

CHIEF FINANCIAL OFFICER
JEFF ATWATER
STATE OF FLORIDA



14-022611

| | |
|---|---|
| STEVEN COCCARO, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED | CASE #: 2014CA002048<br>COURT: CIRCUIT COURT<br>COUNTY: PALM BEACH |
| PLAINTIFF(S), | DFS-SOP#: 14-022611 |

VS.

GEICO GENERAL INSURANCE COMPANY,
A CORPORATION

DEFENDANT(S).
_____/

SUMMONS, CLASS ACTION COMPLAINT, EXHIBIT

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by MAIL on the 3rd day of March, 2014 and a copy was forwarded by Electronic Delivery on the 5th day of March, 2014 to the designated agent for the named entity as shown below.

GEICO GENERAL INSURANCE COMPANY
GEORGE W ROGERS
GOVERNMENT EMPLOYEES INSURANCE COMPANY
3535 WEST PIPKIN RD
LAKELAND, FL 33811

\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

Jeff Atwater
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

JEFFREY M. LIGGIO
SUITE 3B, THE BARRISTERS BUILDING
1615 FORUM PLACE
WEST PALM BEACH FL 33401

AJ1

CASE NUMBER: 2014CA002048 DIVISION: AO
Filing # 10448301 Electronically Filed 02/19/2014 01:42:31 PM

IN THE CIRCUIT COURT OF THE FIFTEETH JUDICIAL
CIRCUIT IN AND FOR PALM BEACH COUNTY FLORIDA

CASE NO.

STEVEN COCCARO, oh behalf
of himself and all others similarly situated,,

        Plaintiff,

vs.

GEICO GENERAL INSURANCE COMPANY,
a corporation,

        Defendant.

## SUMMONS

THE STATE OF FLORIDA:

To All and Singular the Sheriffs/Process Servers of said State:

YOU ARE COMMANDED to serve this Summons, a copy of the Class Action Complaint in this action on the Defendant:

    **GEICO GENERAL INSURANCE COMPANY**
    **By Serving its registered agent:**
    **Chief Financial Officer**
    **200 E. Gaines Street**
    **Tallahassee, FL 32399**

Each Defendant is required to serve written defenses to the Complaint on:

    **Jeffrey M. Liggio, Esq.**
    **Geoff S. Stahl, Esq.**
    **emailservice@liggiolaw.com**
    **jliggio@liggiolaw.com**
    **gstahl@liggiolaw.com**
    **The Barristers Bldg., Suite 3-B**
    **1615 Forum Place**
    **West Palm Beach, FL 33401**
    **Telephone: (561) 616-3333**

within 20 days after service of this Summons. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

DATED: _____ FEB 20 2014 _____, 2014.

WITNESS my hand and seal of said Court

SHARON R. BOCK
Clerk & Comptroller
P.O. Box 4667
West Palm Beach, Florida
33402-4667

By: _____
    As Deputy Clerk

Robin Pender